In the Matter of the Claim of LEWIS A. EARLE.

FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Appellant; HUNTSTAY OPERATING CORPORATION et al., Respondents.

Argued June 13, 1941; decided July 29, 1941.

*John J. Bennett, Jr., Attorney-General (Francis R. Curran, W. Gerard Ryan* and *Henry Epstein* of counsel), for appellant.

*Sidney A. Clarkson* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.